## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Earle Drack, | : | |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| Ms. Stacy Hamilton Open Records Officer | : | |
| Borough of Carlisle | : | |
| | : | |
| v. | : | |
| | : | |
| YIS/Cowden Group | : | No. 2128 C.D. 2014 |

# **O R D E R**

NOW, February 22, 2016, upon consideration of appellant's application for reargument *en banc*, the application is denied.

<br>

MARY HANNAH LEAVITT,
President Judge